JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 518 -- **In re Mansour F. Armaly, M.D. Medical Services Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/04 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Pltf. John Gindhart, M.D. (emh) SUGGESTED TRANSFEREE DISTRICT: District of New Jersey SUGGESTED TRANSFEREE JUDGE: (emh) |
| 82/08/18 | | APPEARANCE: Denver H. Graham, Esq. for Mansour F. Armaly, M.D. and George Washington University (cds) |
| 82/08/18 | 2 | REPONSE -- Defts. Mansour F. Armaly, M.D. and George Wash. Univ. -- w/Exhibit and cert. of svc. (emh) |
| 82/08/20 | | HEARING ORDER -- Setting motion to transfer A-1 thur A-2 for Panel hearing in Oklahoma City, Oklahoma on Sept. 23, 1982 (ds) |
| 82/08/27 | | APPEARANCE: William L. Muckelroy for John Gindhart, M.D. (emh) |
| 82/09/20 | | HEARING APPEARANCE: WILLIAM L. MUCKELROY, ESQ. for John Gindhart, M.D. (cds) |
| 82/09/20 | | WAIVER: George Washington University and Mansour F. Armaly, MD. (cds) |
| 82/10/13 | | ORDER DENYING TRANSFER -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 518 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MANSOUR F. ARMALY, M.D. MEDICAL SERVICES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/13/82 | MO (DENIED) | | | | |

Special Transferee Information

DATE CLOSED: Oct. 13, 1982

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 518 -- In re Mansour F. Armaly, M.D. Medical Services Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Gindhart, M.D. v. Mansour F. Armaly, M.D., et al. | D.D.C. Flannery | 82-0354 | | | | 10/13/82 D |
| A-2 | John Gindhart, M.D. v. Mansour F. Armaly, M.D., et al. | D.N.J. Debevoise | 82-1042 | | | 9/28/82 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 518 -- In re Mansour F. Armaly, M.D. Medical Services Litigation

| | |
|---|---|
| JOHN GINDHART, M.D. (A-1 & A-2)<br>William Lawrence Muckelroy, Esq.<br>Ewing Professional Building<br>1901 North Olden Avenue<br>Trenton, New Jersey  08618 | MANSOUR F. ARMALY, M.D.<br>GEORGE WASHINGTON UNIVERSITY<br>Denver H. Graham, Esquire<br>1314 19th Street, N.W.<br>Washington, D.C.  20036 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 518 -- In re Mansour F. Armaly, M.D. Medical Services Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mansour F. Armaly, M.D. | A-1,2 |
| George Washington Univ. a/k/a Geo. Wash. Univ. Medical Center a/k/a Geo. Wash. Univ. Hosp. | A-1,2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |