DOCKET NO. 518

OCT 13 1982

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MANSOUR F. ARMALY, M.D., MEDICAL SERVICES LITIGATION

10/13/82

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the plaintiff in the two actions listed on the attached Schedule A, for transfer of the action pending in the District of Columbia to the District of New Jersey for coordinated or consolidated pretrial proceedings with the action pending there until recently. Because Judge Dickinson R. Debevoise has entered an order, dated September 28, 1982, dismissing the New Jersey action for lack of in personam jurisdiction,

IT IS ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

Docket No. 518 -- In re Mansour F. Armaly, M.D., Medical Services Litigation

John Gindhart, M.D. v. Mansour F. Armly, M.D., et al.,
    D. District of Columbia, C.A. No. 82-0354

John Gindhart, M.D. v. Mansour F. Armaly, M.D., et al.,
    D. New Jersey, C.A. No. 82-1042